**United States District Court**
**Southern District of New York**
————————————————————

**MONITRONICS FUNDING LP, ET AL.,**

               **Plaintiffs,**       12 Civ. 1992 (JGK)

    - against -          MEMORANDUM OPINION AND
                                                         ORDER
**PINNACLE SECURITY, LLC, ET AL.,**

               **Defendants.**
————————————————————

**JOHN G. KOELTL, District Judge:**

    The plaintiffs allege diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).  The complaint describes plaintiff Monitronics Funding LP and defendant Pinnacle Security CA, LLP as limited liability partnerships.  A limited liability partnership has the citizenship of each of its general and limited partners for the purposes of diversity jurisdiction.  See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 51-52 (2d Cir. 2000). The plaintiff should therefore advise the Court as soon as possible as to the citizenship of the general and limited partners of these limited liability partnerships.

    The complaint also describes defendant Pinnacle Security, LLC as a limited liability company.  A limited liability company has the citizenship of each of its members for the purposes of diversity jurisdiction.  See id.  The plaintiff should therefore

also advise the Court as soon as possible as to the citizenship of each of the members of this limited liability company.

SO ORDERED.

Dated:   New York, New York
         March 20, 2012

_____
John G. Koeltl
United States District Judge